**Order entered January 20, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01513-CV

## IN RE ARTHUR L. ALLEN, JR., Relator

**Original Proceeding from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 22,364**

## ORDER

Based on the Court's opinion of this date, we **DISMISS t**his proceeding for want of jurisdiction.

/s/     DAVID J. SCHENCK
         JUSTICE